Chrysler Group Inc v. Chrysler Group Inc v. Chrysler Group Inc 1-4-31-19 Kings Dodge Inc v. Chrysler Group LLC Arguments not to exceed 15 minutes per side Mr. Cornett for the appellant Good morning, I'm Kurt Cornett I'm the attorney for the plaintiff appellant, Kings Dodge Inc I'd like to reserve four minutes for rebuttal if I may Your Honors, the essence of this case is about whether a manufacturer can comply with Ohio Revised Code 45-1752 by reimbursing its dealers for warranty work at the same hourly charge that its dealer charges for non-warranty work but by reimbursing its dealers for repair times, which are far less than the dealer charges that retail customers pay Kings Dodge submits based on the statutory language of 45-1752, the purpose of the statute, the legislative history, and other relevant case law but the answer to that question has to be no, and that the district court has erred when it came to the contrary conclusion Counsel, we've got a lot of law here, but can you give me any practicality in the sense that this amendment to the law, the language we're looking at, was quite some time in the past You started raising complaints a couple of years ago What's really going on here? Do all other companies, Ford, Honda, whatever, do the same thing? Is Chrysler peculiarly abusive to dealers in your point of view? That this would seem to be something that if this were a bus, would have been raised far earlier Can you give us any practicalities about why did they suddenly decide on this labor point? I sort of understand the first point a little better, but the labor point, in terms of Chrysler versus Alldata, I just don't understand why it started up in 2011 at best Well, frankly, I believe this is in Mr. Riker's deposition He was asked that question, like, why now, basically And, ironically, the answer is, Chrysler was performing a warranty audit at King's Dodge That is, even after you go through all the procedures to get paid, and they give you half the amount of time to perform the repairs, and they pay you, they reserve the right to take money back To audit you to take money back Mr. Riker participated in that particular audit, which happened, I believe, in the summer of 2011 And he had no idea that the reimbursement rate was as low as it was That it was basically 50% of what the dealership was receiving for the same repairs on the retail side He was never aware, and this is one of the top guys, he was never aware that, in his letter, which, as I read it, it's backward, but he says A water pump pays 8 hours under warranty and 2.2 hours at retail I assume that's backwards, but the retail gets 8 hours and the warranty gets 2.2 And they hadn't noticed this for 24 years when Chrysler should have paid them probably tens of millions of dollars more He did realize the extent of discrepancy, that's correct And then he started, I mean, Mr. Riker is the president of King's Dodge and so on Do you have any answers to whether all other companies, other auto companies, have the same discrepancy? Does everybody have their own manual and not rely on all data? Actually, I don't know if this is in the record, but Mr. Riker talked a little bit about it in his deposition And that is that Chrysler is probably the worst offender Yes, the dealer knows that the manufacturer has their own time study But there's some time studies that are more reasonable than others That's good enough, go ahead in your legal argument Just on the practical thing, what happened to this vehicle dealer's board that used to exist and used to be in charge of all this? Do you know what the defect was or why they changed that whole approach? I don't know for sure. First of all, the dealer's board That's the neutral approach. You have some board, I mean, it depends on how much you like bureaucracy But you have this board that's supposedly setting the right amount of money or rates or prices, we'll say, for all this stuff You don't know what happened to it Well, the dealer's board still exists. There's still a motivated dealer's board in Columbus So why did they take that mess from this board? My argument would be because this is a lot cleaner You wouldn't know it from the district court's opinion or from Chrysler's arguments in this case But they did away with all the mechanics of filing rates and schedules The old thing was basically a utility rate regulation like the ICC or the old CAB that we've got through And the dealer had to go first to the board, filing a protest They weren't getting sufficient warranty reimbursements before they could ever go to court And the 1987 amendments did away with all of that, just completely abolished all of that It's just a market approach Absolutely. We're going to give you a clear benchmark Manufacturer, you have to pay, there's got to be parity between warranty reimbursement payments And what the dealer receives from their retail customers Those need to be paired. It couldn't be clearer. It's a one-sentence statute Before this litigation began, before the district court How about you shift to the language? So rates for labor So isn't that naturally going to be per hour type of thing? It's a funny way of phrasing it Say rates per hour for labor is the ultimate price You could say price, you could say total price Actually it says rates for labor in parts And I realize rates for parts, I realize that problem You can focus on his problem or you can answer your problem Your problem seems to me is the rates for labor It doesn't say hourly rate for labor It says rates for labor My argument is, as you can see in our paperwork that we submitted Is that you can't possibly pay the retail rate that the dealer charges If you don't take into account the hours A ratio, where the word rate comes from It has two components And those two components via a mathematical calculation get to an amount If I'm charging 5% interest on a note You have to know 5% on one thing at a time Whether it's per annum, per month, per day 5% isn't an interest rate So it's 5% per annum, then you get what? You get the amount Amount and rate are synonymous They're not identical definitions I didn't see that in the dictionaries If you look in Roget's sources The very first synonym for amount I'm sorry, for rate, is amount Then it does mean that Dealer A, who has slow guys And is gouging his retail customers Then gets to gouge Chrysler Whereas dealer B, who has really swift guys And everybody loves him and we all go there for our repairs He doesn't get reimbursed as much by Chrysler Seems a very odd way for the legislature to set this up If they ever thought about it Well, I think this court dealt with it And the main courts have certainly addressed it And that is, the market takes care of it If you've got a dealer with slow technicians That are gouging, as the district court said Their retail customers Guess how long that dealer is going to have retail customers to gouge? Not very long They're going to go to independent repair shops They're going to go to other dealerships with those efficient technicians And then what's the result of Chrysler? Their warranty reimbursement goes down Because our retail rates have to go down To compensate for what the market is doing That is the protection for Chrysler And that's what this court, I believe, meant in Jim White When they said that the purpose of 45-17-52 Was to encourage the manufacturers to put pressure on their dealers To lower their retail rates I think there's no question That you are articulating the policy arguments And those are the arguments And evidently part of the legislative issue The concern is statutory interpretation And we have the, I think, 79 statute That included, that made a distinction Between wage rates and a reasonable allowance of time Which is spot on to what you're arguing That gives you the two things But then when they amended it Whether they did it well or did it poorly They took out the reasonable allowance of time So how, from a legal standpoint Can we look at that change And not under normal statutory interpretation rules Assume that the legislature knew what it was doing And intended to remove the very thing that you want From the 1987 or 87 statute? Two responses to that Actually three responses to that question First off, if you look closely And it's in the legislative history That we submitted in connection with our motion for reconsideration From the district court If you look at the 1987 amendments There's actually attached to Mr. Casey's declaration A redlined version of 45-17-52 Pre-87 amendments and post-87 amendments Every time the time component was mentioned It was uniformly in connection with the rates and calculations That would be submitted to the dealer board If you no longer have a dealer board You don't need rates and calculations Nor do you need the information that goes in those rates and calculations Which is the time of an ordinary technician Whatever that is, by the way A good argument, I'd love to speak that My concern is the language is gone It's not gone Again, first off They said that it has to be the same rate Not less than rates for parts and labor Again, it goes back to what does rate mean? Is it an assentative for amount? Especially when you What is the hourly rate for a part? How can you possibly justify the district court's interpretation Of hourly rate in the context of parts? Instead it said, well, it's a ratio It's a ratio between dealer cost And the amount above that dealer cost The surpluses that the dealer charges Which, by the way, just happens to be the amount we charge our retail customers Another answer to your question is This is a remedial statute If there is ambiguity It can't be resolved in favor of the manufacturer According to ORC 1.11 It needs to be resolved in favor of the dealer Or, more importantly, the retail customers Which is what this is supposed to protect What does it mean that it's rates for labor and parts? What's funny is that you have labor and parts If you were thinking amounts or price You would say price for repairs Price for a new brake Which, whenever you get that done You see there's time in getting a new brake But they chose to say rates for separating them out They did, they combined them But that's what seems hurtful on the labor part Because rate and service It's a very funny thing to talk about Without doing the broader Well, the third part The other thing that's supportive of our position In addition to the case law that's construing Statutes almost identical to 45, 17, 52 Is also the legislative history with respect to the 87 amendments First off, there was no testimony by anybody Manufacturers, dealers, anybody That said this is some type of sea change That we're no longer considered time In fact, the only person And we submitted every shred of legislative Why has no one protested all these years? I'm sorry? Why has no one protested all these years This new regime which everyone surely understands? Right, well This is not part of the record But we tried to get multiple plaintiffs To participate in this Everybody said they were scared to do it That's the problem It's not because we're the only one big enough to fight Kingston, I mean There's been some significant resources That's the explanation for today It's not the explanation for the time When they suddenly shifted Right, I mean The practical answer is that dealers Sucked it up and took it And that they didn't have the resources So they chose not to go to an attorney And say, I think the statute I think I'm not getting my fair share For warranty reimbursement work Pursuant to the statute That's exactly what my client did These are dealers They're legislatively Chrysler's a very big company But dealers are in lots of representatives' districts And so the notion that you have this Well, we're just going to shift And there's no seat change And that everybody's getting very badly used And nobody complains to their legislator Or whatever I mean, that's Your time's up That was my worry But I did want to ask you one thing We all speak in shorthand But a couple of times You seem to be quoting the statute As the hourly rates And the word hourly isn't in the statute Is it? No, it's not Okay, so we're talking about rates Rates for labor and parts Okay, thank you, counsel You'll have your time for rebuttal Okay Your honors, good morning My name is Robert Qualtas I appear for Chrysler Growth We're seeking an affirmance Of the summary judgment grant below I want to In light of the panel's questions I want to start with a case That we cited in our brief That talks precisely About rate and amount Questions that Judge Sutton Was asking my adversary That case is Navistar Versus New Baltimore Garage And the Navistar case is a 2012 case It construes a Virginia statute With very similar language The issue was that The prior Virginia statute Governing warranty reimbursement Used the word rate The legislature in Virginia Saw fit to change that word Rate to amount So they deleted the word rate Inserted the word amount In the 1992 amendment Years subsequent In the Navistar case That very issue came to the fore The issue, the manufacturer Or distributor in that case, Navistar Tried to argue the opposite That's before the court today That is amount Means only hourly rate The Virginia court said None Amount means amount That means total That means total price I'm curious I think there's no recourse For a dealer That doesn't think Chrysler's studies internally As to the time it takes To say put in a new rate There's no recourse for that I mean it can't appeal To this board, right There's no apparatus For saying, you know This is just ridiculous There is recourse, your honor There's recourse under the contract The contract itself The dealer agreement itself That these parties have followed For 23 years Other dealers What do they do? How does that work? So what they do is They can ask for supplemental time There's a specific code for that A computerized system That governs this entire area Can they challenge your Chrysler's The time studies? Yes, they can, your honor There's a specific provision In the contract That says If you disagree With our time studies Then you can challenge that And obviously Is that the part about Getting the 200 sample No, your honor Only for parts No, your honor That was That was actually A way in which We tried to work with The dealer under the AIA statute To come to A verification Of whatever Of the hourly rate Of the Of the hourly rate Or what amount Is paid upon parts Right, I was thinking Of parts, Judge Strange When you asked the question But their application Was for an hourly rate change And had to have The same sort of documentation In order to say That you should be paying Us a different hourly rate That's correct And when they ask It's very interesting And I think it's Strong evidence Of their understanding That the word rate In the statute Had hourly rate When they asked For the increase In the rate They said We want an increase In our hourly rate Under the statute To $92 per hour Just to go back They can challenge it But it's only a view There's no You can't go beyond Chrysler There's no agency You can go to No No, your honor So They are stuck With the exact You have an oddity In both directions The potential to Charge things too much At the dealer level And then Chrysler Is stuck But then you have The problem On the other side Which is That your hourly studies Are You know Full of bias And of course That brings me To really the point Of my argument And that is When other states Have dealt with this issue And this isn't The first time As I've shown In the Virginia case That this has come up The legislature Deals with it Here As is obvious We're before A federal court With no guidance From the highest court In the state of Ohio And with no Legislation Legislated history Other than A very unhelpful gesture How about You mean Rates and parts Isn't that A little strange These Your honor I don't have Because there's I did not suggest Them out That's the point Oh, I don't I don't think so Your honor The rate As it relates To part Is the Percentage The rate Of percentage Markup On the cost So that When a dealer Asks for Part Reimbursement There is The element That it Reimburses their Cost Because they Have to pay For the part To begin with To stock In their inventory To be used In their warranty Order So when they Put in a Claim A specific claim They say We want our Cost back And we want The percentage Markup rate So one thing Is per hour And the other Is 120 percent Cost Yes This is where I took it From the documents When they started Making these Claims They didn't Get everything They wanted But they did Get somewhat They got a Certified Markup Yes Your Honor So we're not We try not to be In the business Of litigation We try to be In the business Of resolving Things with our Customers The dealers So We know you're Nice guys But let me Ask you this We're about to Take you To ask A question Which was This is all Good fun And we enjoy Doing it Should we But In These Circumstances The Word rate The plain Meaning Of the word Rate The context Of the Statute Particularly With the Change Over time Between The pre 1987 Version And the Post 1987 Version Makes a Plain meaning Interpretation Really the Question Well I Will Hold My Comments About Trying Cases  Maine Because I Was there Recently The last Six Months Ago So I Know This In That Territory Very Well But to Be Directly Responsive To Your Question The Main Cases Are Main State Trial Court Cases And Those Trial Court Cases Are Not The Highest Obviously The Highest State Court Of Maine The Only Decision Is One Decision I Believe In Both Greece And That Decision Addressed The Issue In A Very I Would Say Odd Way For A Better Description And The Question Yes The Main Supreme Court Tried To Determine Whether The Use Of The All Data Manual Was Prohibited By The Main Dealer Statute And The Standard Against The Ohio Legislative Regime There Was Extensive Legislative History There Was A Statement Of Fact Report And There Was Another Very Lengthy Report Was Quite Clear That The Main Legislature Intended Compensation To Be Mapped The Concern Here Is That Policy The Statute And The Slam But Fairly Clear Would Indicate The Same Policy Now I'm Looking At The Change In 87 The        Best I Can Do Is That Warranty Work Is A Substantial Part Of The Virginia Statute Because I Think That's So Key In Construing The Change In The Word From Rate To Amount And The District Court Here Said Look If The Ohio Legislature Wanted To Regulate Amount That Is Rate And Time It Would Have Said That It's Very Easy To Do It's Very  To Do It And All These Years Later After The Industry Has Worked Under The Time In The Dealer Agreement And Rate Hourly Rate Under The Statute To Effect A Change Would Be A Major Change In The Industry Which We Think That Should Be Done By The Ohio Legislature If At All And Should Not Be Done Without Guidance From The Highest Court The State Should Not Be Done With A Clear Pronouncement In The Legislative History The Party's Conduct Is Key Here Without  From The Highest Court The      Not Be Done Without